# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0640
_____

VICTOR HUGO RAMIREZ, as
Personal Representative for the
Estate of Oslin Roely Lopez
Jimenez, deceased,

    Appellant,

    v.

BEACH TOWER BY THE SEA, LLC;
BY THE SEA RESORTS, INC.;
MODERN CONSTRUCTION
EXPERTS, LLC; CMR
CONSTRUCTION & ROOFING,
LLC; ERA S.A.L. SERVICES, INC.;
and ELVER N. SAMAYOA
ESCOBEDO,

    Appellees.

_____


On appeal from the Circuit Court for Bay County.
James J. Goodman, Jr., Judge.

March 11, 2024


PER CURIAM.

    AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ian P. Depagnier of Paul & Perkins, P.A., Maitland, for Appellant.

Kansas R. Gooden and Rodrigo M. Caruço of Boyd & Jenerette, P.A., Miami, for Appellees ERA S.A.L. Services, Inc., and Elver N. Samayoa Escobedo.